COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:          01-13-00041-CR

Style:                 Adrian Dewayne Graves

                       **v** The State of Texas

Date motion filed*:    May 9, 2013

Type of motion:        Motion for extension of time to file reporter's record

Party filing motion:   Court reporter

Document to be filed:  Reporter's record

Is appeal accelerated?      No

If motion to extend time:

    Original due date:                          February 11, 2013

    Number of previous extensions granted:          3          Current Due date:  May 10, 2013

    Date Requested:                             May 15, 2013

Ordered that motion is:

    ☑      Granted

           If document is to be filed, document due:  May 15, 2013

           ☑      Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐      Denied

    ☐      Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

    ☐      Other: _____

    _____

    _____

    _____

Judge's signature:   /s/ Terry Jennings
                     ☑ Acting individually      ☐ Acting for the Court

Panel consists of    _____

Date: <u>May 14, 2013</u>